UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
------------------------------------------------

| | : | |
|---|---|---|
| BYANKA AGUIRRE, *et al.*, | : | |
| | : | CASE NO. 1:20-cv-1913 |
| Plaintiffs, | : | |
| | : | |
| vs. | : | OPINION AND ORDER |
| | : | [Resolving Doc. 14] |
| UNITED STATES OF AMERICA, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

Known as a "Petition for Alien Relative," Federal Form I-130 is the "first step in helping an eligible relative" of a United States Citizen or lawful permanent resident "apply to immigrate to the United States and get a Green Card."[1] On December 9, 2016, Plaintiff Byanka Aguirre, a United States Citizen, filed Form I-130 with Defendant United States Citizenship and Immigration Service ("USCIS"), seeking to identify co-Plaintiff Mohamed Benhrima as her husband.[2] On August 13, 2019, after a lengthy administrative process, Plaintiffs' I-130 petition was denied.[3]

On August 27, 2020, Plaintiffs sought Administrative Procedure Act judicial review of Defendant USCIS's adverse decision.[4] Plaintiffs also sued the United States of America, the U.S. Secretary of Homeland Security, the U.S. Attorney General, and the Head, District,

---

[1] United States Citizenship and Immigration Services, *I-130, Petition for Alien Relative*, https://www.uscis.gov/i-130 (last visited Apr. 14, 2021).
[2] Doc. 1-1 at 8.
[3] *Id.* at 10; Doc. 1-4.
[4] Doc. 1-1.

Case No. 1:20-cv-1913
Gwin, J.

and Field Office USCIS Directors that processed Plaintiffs' I-130 petition.[5] Plaintiffs asked this Court to "order USCIS to re-adjudicate and approve the I-130 Petition in a proper and lawful manner."[6]

On February 10, 2021, while this case was pending, Defendant USCIS informed Plaintiffs in writing that it had reopened Plaintiffs' case and approved Plaintiffs' I-130 Petition.[7] On April 2, 2021, Defendants accordingly moved to dismiss this case as moot, as Defendant USCIS had granted Plaintiffs their requested relief.[8] On April 13, 2021, Plaintiffs responded, agreed that they had received their requested relief, and expressed "no[] object[ion] to dismissal on the grounds of mootness."[9]

Accordingly, because this case no longer presents a live controversy between the parties, this Court lacks jurisdiction and hereby **DISMISSES** this case as moot.[10]

IT IS SO ORDERED.

Dated: April 14, 2021      *s/   James S. Gwin*
                           JAMES S. GWIN
                           UNITED STATES DISTRICT JUDGE

---

[5] *Id.*
[6] *Id.* at 19.
[7] Doc. 14-2.
[8] Doc. 14.
[9] Doc. 15.
[10] *Demis v. Sniezek*, 558 F.3d 508, 512 (6th Cir. 2009) ("If events occur during the pendency of a litigation which render the court unable to grant the requested relief, the case becomes moot and thus falls outside our jurisdiction.").